UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al., | CASE NO. C25-1684-KKE |
| Plaintiff(s), | ORDER DIRECTING PLAINTIFFS TO FILE A STATUS REPORT |
| v. | |
| TESLA ELECTRIC, LLC, et al., | |
| Defendant(s). | |

On December 1, 2025, Plaintiffs filed a status report indicating that Defendants have retained counsel, defense counsel has not yet appeared in this matter, and that the parties have been engaged in ongoing settlement discussions. Dkt. No. 14. Plaintiffs requested that the Court defer any deadlines and take not action for the next thirty days to allow the parties to resolve this matter. *Id.* Thirty days have now passed, and while Plaintiffs have filed a notice of voluntary dismissal as to one Defendant (Dkt. No. 15), they have not indicated whether a broader settlement was reached.

Plaintiffs are ORDERED to file a status report no later than February 5, 2026, indicating whether a settlement has been reached and how Plaintiffs intend to move forward with this litigation in a timely manner, for instance, by moving for default judgment if no settlement was reached.

ORDER DIRECTING PLAINTIFFs TO FILE A STATUS REPORT - 1

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PLAINTIFFs TO FILE A STATUS REPORT - 2